# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| **HOWARD W. CANTRELL, JR.,** § § § § § § § § § § § | |
| Plaintiffs, | |
| v. | Civil No.: 4:20-cv-00711-SDJ-KPJ |
| **BANK OF AMERICA, N.A.,** | |
| Defendant. | |

## ORDER

Plaintiff filed an Amended Complaint on December 18, 2020. *See* Dkt. 10.

**IT IS THEREFORE ORDERED** that Defendant Bank of America, N.A.'s Motion to Dismiss (Dkt. 7) is **DENIED AS MOOT**. The Court will address Rule 12 motions as to the live pleadings only.

**So ORDERED and SIGNED this 22nd day of December, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE